

**PIOLE, J.**

v.

**PUPICH, C.**

**1002 WDA 2016**

Superior Court of Pennsylvania.

04/27/2017

G.D. 06–23189 (Allegheny)

Affirmed/Remanded

**IN RE: M.L.G., a Minor,**

**Appeal of: P.S.**

**39 WDA 2017**

Superior Court of Pennsylvania.

04/27/2017

6 Adoption 2016 (Somerset)

Affirmed

**COM.**

v.

**HENDERSON, S.**

**812 EDA 2015**

Superior Court of Pennsylvania.

04/28/2017

CP–51–CR–0007822–2013 (Philadelphia)

Affirmed

**COM.**

v.

**HENDERSON, S.**

**870 EDA 2015**

Superior Court of Pennsylvania.

04/28/2017

CP–51–CR–0009598–2013

(Philadelphia)

Affirmed

**COM.**

v.

**ALVARADO, O.**

**1692 EDA 2015**

Superior Court of Pennsylvania.

4/28/2017

CP–09–CR–0000730–2015

(Bucks)

Affirmed

